IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br>              Plaintiff,<br>-against-<br>NYCOMED U.S. INC. and NYCOMED GMBH,<br>              Defendants. | Civil Action No.<br>10-CV-4140 (LAK)(JCF)<br>ECF Case<br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for plaintiff Medicis Pharmaceutical Corporation to file its answering brief in opposition to Nycomed U.S. Inc.'s ("Nycomed") Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) and to answer, move or otherwise respond to Nycomed's Answer and Counterclaims is hereby extended through and including December 15, 2010.

Andrew M. Berdon
andrewberdon@quinnemanuel.com
Robert B. Wilson
robertwilson@quinnemanuel.com
James E. Baker
jamesbaker@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)

*Attorneys for Plaintiff Medicis Pharmaceutical Corporation*

December 3, 2010

Donald L. Rhoads, Esq.
drhoads@kramerlevin.com
Christopher A. Colvin, Esq.
ccolvin@kramerlevin.com
Albert B. Chen, Esq.
achen@kramerlevin.com
Marcus A. Colucci, Esq.
mcolucci@kramerlevin.com
Geoffrey G. Hu, Esq.
ghu@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 (tel.)
(212) 715-8000 (fax)

*Attorneys for Defendant Nycomed U.S. Inc.*

SO ORDERED

LEWIS A. KAPLAN

04137.61837/3814466.1