Kaplan, J

RECEIVED
JAN 1 - 2011
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDICIS PHARMACEUTICAL
CORPORATION,

         Plaintiff,

v.

NYCOMED U.S. INC. and NYCOMED
GMBH,

         Defendants.

Civ. Action No. 10-cv-4140-LAK

Stipulation And Order To Change Attorneys

IT IS HEREBY CONSENTED THAT the firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 399 Park Avenue, New York, NY 10022 be substituted as attorneys of record for defendant Nycomed US Inc. in the above action in place and stead of Kramer Levin Naftalis & Frankel, LLP, located at 1177 Avenue of the Americas, New York, NY 10036, as of the date hereof.

Dated: December 29, 2010

By: /s/ Albert B. Chen
Albert B. Chen, Esq.

Donald L. Rhoads, Esq.
Christopher Colvin, Esq.
Albert B. Chen, Esq.
Marcus A. Colucci, Esq.
Benu Mehra, Esq.
Geoffrey Hu, Esq.
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: December 29, 2010

By: /s/ David B. Bassett
David B. Bassett, Esq.

David B. Bassett, Esq.
David A. Manspeizer, Esq.
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

1

KL3 2899003.1

1/4/11

Dated: December 22, 2010

By: _____
Ryan Walsh, Esq.
210 Park Avenue
Florham Park, NJ 07932
Nycomed U.S. Inc.

SO ORDERED: _____
The Honorable Lewis A. Kaplan, U.S.D.J.

1/4/11