KRAMER LEVIN NAFTALIS & FRANKEL LLP

**MEMO ENDORSED**

ALBERT B. CHEN
PHONE 212-715-9412
FAX 212-715-9525
ACHEN@KRAMERLEVIN.COM

1/13/11

January 5, 2011

2011

<u>Via Hand Delivery</u>

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Medicis Pharmaceutical Corporation v. Nycomed US Inc.
and Nycomed GMBH*, Civ. Action No. 10-cv-4140-LAK

Dear Judge Kaplan:

We write to respectfully request the removal of Docket Entry 21 (Notice of Substitution of Counsel) and 21-1 (Affidavit) from the Docket. These two documents were incorrect in that they included Nycomed GMBH in the Notice and the Affidavit statements. However, Nycomed GMBH has never appeared in this action, and Kramer Levin has never represented Nycomed GMBH. The Stipulation (DE 21-2) and the signed order (DE 22) are correct – as they make clear that these filings only pertained to Nycomed US Inc (and not Nycomed GMBH). Thus, DE 21-2 and DE 22 are fine and do not need any correction.

In case the Court prefers a corrected record in any event, we also enclose a Corrected Notice of Substitution of Counsel and a Corrected Affidavit to reflect the removal of Nycomed GMBH from these two documents.

Sincerely,

Albert B. Chen

DOC #: 1/13/11

*Denied*
SO ORDERED
LEWIS A. KAPLAN, USDJ

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE   75008 PARIS FRANCE

KL3 2810720.1