IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>NYCOMED U.S. INC. and NYCOMED GMBH,<br><br>Defendants. | Civil Action No.<br>10-CV-4140 (LAK)(JCF)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

WHEREAS Medicis Pharmaceutical Corporation ("Medicis") filed the Complaint in this action on May 19, 2010;

WHEREAS Nycomed U.S. Inc. ("Nycomed") filed its Answer and Counterclaims [DE 5] on August 3, 2010;

WHEREAS Medicis filed a Motion to Dismiss Nycomed's Inequitable Conduct and Patent Misuse Counterclaims Pursuant to Rule 12(b)(6) [DE 16] on December 15, 2010;

WHEREAS Nycomed filed an Amended Answer and Counterclaims [DE 19] withdrawing its inequitable conduct and patent misuse counterclaims on December 23, 2010;

WHEREAS Nycomed's opposition to Medicis' Motion to Dismiss is currently due on or before January 19, 2011;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Medicis hereby withdraws as moot its Motion to Dismiss Nycomed's Inequitable Conduct and Patent Misuse Counterclaims Pursuant to Rule 12(b)(6) [DE 16].

2. Medicis will file its Reply to Nycomed's Amended Answer and Counterclaims [DE 19] on or before January 14, 2011.

04137.61837/3909137.1

_/s/ Andrew M. Berdon_
Andrew M. Berdon
andrewberdon@quinnemanuel.com
Robert B. Wilson
robertwilson@quinnemanuel.com
James E. Baker
jamesbaker@quinnemanuel.com
QUINN EAMUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)

Attorneys for Plaintiff Medicis Pharmaceutical Corporation

_/s/ David B. Bassett_
David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

Attorneys for Defendant Nycomed U.S. Inc.

January 12, 2011

SO ORDERED this __18__ day of __Jan__, 2011

_/s/ Lewis A. Kaplan_
The Honorable Lewis A. Kaplan
United States District Judge