*Kaplan, J.*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JAN 24 2011
JUDGE KAPLAN'S CHAMBERS

|   |   |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | |
| Plaintiff, | Civil. Action No. 10-CV-4140-LAK |
| v. | |
| NYCOMED US INC. and NYCOMED GMBH | |
| Defendants. | |

### STIPULATION AND [PROPOSED] ORDER WITHDRAWING NYCOMED US INC.'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6) [DI 6]

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that

Defendant Nycomed US Inc. ("Nycomed") hereby withdraws without prejudice its Motion to

Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) [DI 6]. Each party shall bear its own costs and

fees incurred in connection with the Motion.

Andrew M. Berdon
andrewberdon@quinnemanuel.com
Robert B. Wilson
robertwilson@quinnemanuel.com
James E. Baker
jamesbaker@ quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)

Attorneys for Plaintiff Medicis Pharmaceutical
Corporation

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

Attorneys for Defendant Nycomed U.S. Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11

SO ORDERED, 1/24/11
_____
LEWIS A. KAPLAN, U.S.D.J.