**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**
**SCANNED**

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> NYCOMED US INC. and NYCOMED GMBH <br><br> Defendants. | Civil. Action No. 10-CV-4140-LAK <br><br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David B. Bassett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Christine Duh |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 950 Page Mill Road |
| City/State: | Palo Alto, California 94304 |
| Phone No.: | (650) 858-6051 |
| Fax No.: | (650) 858-6100 |
| Email: | christine.duh@wilmerhale.com |

Christine Duh is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against Christine Duh in any State or Federal Court.

Respectfully Submitted,

DATED: January 31, 2011

SO ORDERED

LEWIS A. KAPLAN, USDJ

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com