# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NYCOMED US INC.<br><br>Defendant. | Civil. Action No. 10-CV-4140-LAK<br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David B. Bassett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Andrew Zoltan |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 399 Park Avenue |
| City/State: | New York, NY 10022 |
| Phone No.: | (212) 937-7315 |
| Fax No.: | (272) 230-8888 |
| Email: | andrew.zoltan@wilmerhale.com |

Andrew Zoltan is a member in good standing of the bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against Andrew Zoltan in any State or Federal Court.

DATED: February 16, 2011

Respectfully Submitted,

_David B. Bassett_ (signature)
David B. Bassett

US1DOCS 7854988v1

david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

Attorneys for Defendant Nycomed US Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NYCOMED US INC. and NYCOMED GMBH<br><br>Defendants. | Civil. Action No. 10-CV-4140-LAK<br><br>**DECLARATION OF DAVID B. BASSETT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, David B. Bassett, declare under penalty of perjury, as follows:

1. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), counsel for Nycomed US Inc. in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Andrew Zoltan as counsel *pro hac vice* to represent Nycomed US Inc. in this matter.

2. I am a member in good standing of the bars of the State of New York and Indiana and the Commonwealth of Massachusetts. I am also admitted to practice in the United States District Courts for the Southern District of New York, District of Massachusetts and the Eastern District of Michigan, and the United States Courts of Appeals for the First and Federal Circuits, and am in good standing with those Courts.

3. Mr. Zoltan is a senior associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

4. Mr. Zoltan is, in my judgment, a skilled attorney and a person of integrity. He is

fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5. Accordingly, I move for the admission of Andrew Zoltan, *pro hac vice*. A proposed order granting the admission of Andrew Zoltan, *pro hac vice*, is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit Andrew Zoltan, *pro hac vice*, to represent Nycomed US Inc. in the above-captioned matter.

DATED: February 16, 2011

Respectfully Submitted,

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800 (tel.)
(212) 230-8888 (fax)

Attorneys for Defendant Nycomed US Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDICIS PHARMACEUTICAL
CORPORATION,

          Plaintiff,

v.

NYCOMED US INC.

          Defendant.

Civil. Action No. 10-CV-4140-LAK

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of David B. Bassett, attorney for Nycomed US Inc., and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew Zoltan |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 399 Park Avenue |
| City/State: | New York, NY 10022 |
| Phone No.: | (212) 937-7315 |
| Fax No.: | (272) 230-8888 |
| Email: | andrew.zoltan@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for Nycomed US Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED: _____       _____
               New York, New York                                        The Honorable Lewis A. Kaplan

            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2011, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in the First Class Mail, addressed as follows:

Andrew M. Berdon
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

*/s/ Saverino Mercadante*
Saverino Mercadante



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

February 8, 2011

Attorney Andrew Zoltan
Wilmer Hale et al
399 Park Ave.
New York, NY 10022

IN RE:   **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Attorney Andrew Zoltan:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact Carla Tankle at 617-557-1177 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ct
CL Received: February 8, 2011
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **first** day of **December** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

## Andrew Zoltan

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **February** in the year of our Lord **two thousand and eleven**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116