USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED #: 3/3/11

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDICIS PHARMACEUTICAL
CORPORATION,

        Plaintiff,

v.

NYCOMED US INC.

        Defendant.

Civil. Action No. 10-CV-4140-LAK

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David B. Bassett, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|   |   |
|---|---|
| Applicant's Name: | Andrew Zoltan |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 399 Park Avenue |
| City/State: | New York, NY 10022 |
| Phone No.: | (212) 937-7315 |
| Fax No.: | (272) 230-8888 |
| Email: | andrew.zoltan@wilmerhale.com |

Andrew Zoltan is a member in good standing of the bar of the Commonwealth of Massachusetts.

There are no pending disciplinary proceedings against Andrew Zoltan in any State or Federal Court.

Respectfully Submitted,

DATED: February 16, 2011

David B. Bassett

US1DOCS 7854988v1