UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MEDICIS PHARMACEUTICAL CORPORATION,     :
                          Plaintiff,    :
                                        :        10 Civ. 4140 (DLC)
            -v-                         :
                                        :        ORDER
NYCOMED U.S. INC. and NYCOMED GMBH,     :
                          Defendants.   :        11 Civ. 2630 (DLC)
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     ORDERED that the Clerk of Court shall consolidate Medicis

Pharmaceutical Corp. v. Nycomed US Inc, et al., 11 Civ. 2630

(DLC) with the above-captioned case under the docket number 10

Civ. 4140 (DLC).

     SO ORDERED:

Dated:    New York, New York
          May 23, 2011

                              _____
                                      DENISE COTE
                              United States District Judge