UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
MEDICIS PHARMACEUTICAL CORPORATION,         :
                                            :    10 Civ. 4140 (DLC)
                         Plaintiff,         :
                                            :         ORDER
           -v-                              :
                                            :
NYCOMED U.S. INC. and NYCOMED GMBH,         :
                                            :
                         Defendants.        :
                                            :
-------------------------------------------X

DENISE COTE, District Judge:

    Albert B. Chen having requested through a letter dated June 3, 2011, that he no longer receive emails from the Court regarding this matter, it is hereby

    ORDERED that the Clerk of Court is directed to turn off Mr. Chen's ECF notification.

Dated:   New York, New York
         June 6, 2011

                                   _____
                                            DENISE COTE
                                    United States District Judge

Stamp: USDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/7/11