**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

7/27/11

MEDICIS PHARMACEUTICAL
CORPORATION,

           Plaintiff,

      -against-

NYCOMED U.S. INC. and NYCOMED
GMBH,

           Defendants.

10 Civ. 4140 (DLC)

~~[PROPOSED]~~ ORDER

11 Civ. 4551 (DLC)

DENISE COTE, District Judge:

ORDERED that the Clerk of the Court shall consolidate <u>Medicis Pharmaceutical Corp. v. Nycomed US Inc.</u>, 11 Civ. 4551 (DLC) with the above-captioned case under the docket number 10 Civ. 4140 (DLC).

SO ORDERED.

Dated: New York, New York
      ~~July 21, 2011~~
      July 25, 2011

_____
DENISE COTE
United States District Judge

02292.61837/4257558.1